**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORRISSA AURORA PEREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 18-0330 SS<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: October 5, 2018

　　　　　　　　　　　　　　　　　　/S/  
　　　　　　　　　　　　　　　　SUZANNE H. SEGAL  
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE