PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406-3874
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
CORRISSA AURORA PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| CORRISSA AURORA PEREZ, | Case No.: 2:18-CV-00330-SS |
|---|---|
| Plaintiff, | ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner Social Security | |
| Defendant. | Judge: Hon. Suzanne Segal |

Based upon the parties' Stipulation for Award of Attorney Fees under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of FIVE THOUSAND DOLLARS and ZERO CENTS ($5,000.00), pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: January 25, 2019 _____/S/_____
SUZANNE SEGAL
UNITED STATES MAGISTRATE JUDGE